# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DIENE BOYD, | Case No. 21-CV-2064 (NEB/TNL) |
| Plaintiff, | |
| v. | |
| | ORDER OF DISMISSAL |
| THE PRUDENTIAL COMPANY OF AMERICA, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on March 25, 2022 (ECF No. 14), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. Each party shall bear their own costs, expenses and attorneys' fees.

Dated: March 29, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge